# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**MARIA DEL ROSARIO CASH,**<br><br>Defendants. | Case No. EDCV 09-00865 WDK<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT** |

Default having been entered in this action against Defendant Maria Del Rosario Cash, Individually and d/b/a El Asador, on August 13, 2009, and the application for and declarations in support of default judgment having been filed on or about October 13, 2009, and having been served on Defendant and notice given and no appearance or response by the Defendant having been made in person or in writing, and Plaintiff having met all of the statutory requirements for an Application for Default Judgment, IT IS HEREBY ORDERED AND ADJUDGED that Default Judgment in the amount of $989.10 in actual damages ($54.95 per person x 18 individuals in actual attendance) plus $1,978.20 in punitive damages based on willfulness, an amount that is equal to two times the

actual damages[1], is therefore GRANTED against Defendant Maria Del Rosario Cash, Individually and d/b/a El Asador . The Court further grants Plaintiff $496.73 in attorneys' fees pursuant to Local Rule 55-3, for a total of $3,464.03. Costs are to be submitted in cost bill.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United States mail or by telefax or by email, copies of this Order on counsel for the parties in this matter.

Dated: **APR -8 2010**

_____
William Keller
United States District Judge

---

[1] The Court has determined that the proper measure of punitive damages based on willfulness is an amount equal to a multiple of actual damages. For guidance, the Court looks to statutes that grant punitive damages as a multiple of actual damages. *See, e.g.*, 15 U.S.C. § 15 (Antitrust)(treble damages); 18 U.S.C. § 1964(c) (Racketeer Influenced and Corrupt Organizations Act)(treble damages); 18 U.S.C. § 2318 (Trafficking Counterfeit Labels)(treble damages); 35 U.S.C. § 284 (Patent Infringement)(treble damages).